# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1652.  ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In 2002, Arthur Shermaine Bussey pleaded guilty to burglary and theft by receiving.  In 2019, Bussey filed a motion challenging the validity of his arrest warrant.  The trial court treated the motion as an application for a writ of habeas corpus and denied the motion.  On appeal, we concluded that Bussey's motion was an impermissible challenge to the validity of his convictions.  Because an appeal from the denial of such a motion is subject to dismissal, see *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010), we dismissed Bussey's appeal.  See Case No. A19A2089 (dismissed on Oct. 17, 2019).

After remitittur, the trial court entered an order in which it reconsidered Bussey's motion as a challenge to the validity of his conviction and, again, denied the motion.  Bussey then filed this appeal.  We, however, lack jurisdiction.

As we stated in Bussey's earlier appeal, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and an appeal from the denial of such a motion is subject to dismissal." *Roberts*, 286 Ga. at 532; see also *Harper v. State*, 286 Ga. 216, 218(1) (686 SE2d 786) (2009).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__06/03/2020_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*